**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**CHUKWUMA E. AZUBUKO,**

    Plaintiff,

v.                                                               **CASE NO. 3:05-cv-726-J-16MMH**

**JUDGE SUZANNE B. COLON, in official
and individual capacity; JUDGE GEORGE
W. LINDBERG, in official and individual
capacity; and JUDGE WILLIAM D. STIEHL,
in official and individual capacity,**

    Defendants**.**
_____/

## ORDER OF DISMISSAL

    This cause is before the Court on the <u>Report and Recommendation</u> of the United States Magistrate Judge, entered October 4, 2005 (Doc. #3). In said Order, Plaintiff was advised that any objections must be filed within ten (10) days of service of the Report and Recommendations. On October 17, 2005, Plaintiff filed a <u>Motion for Reconsideration</u> (Doc #4) which will be treated as objections. After an independent and thorough review of the entire record herein, the Court hereby adopts, confirms, and ratifies the Magistrate's Report and Recommendation. Accordingly, it is now

    **ORDERED AND ADJUDGED** that Plaintiff's Application to Proceed Without Prepayment of Fees is **DENIED** pursuant to 28 U.S.C. § 1915 (e)92), and that this case is **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B)(iii) because it "seeks monetary relief against a defendant who is immune from such relief." The Clerk is directed to close the file.

    **DONE AND ORDERED** in Chambers in Jacksonville, Florida, this <u> 2nd </u> day of November, 2005.

                                                                                        JOHN H. MOORE II
                                                                                      United States District Judge

Copies to:     Pro Se Party